UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

|  |  |
|---|---|
| ) | MDL No. 1877 |
| ) | ALL CASES |
| ) |  |
| IN RE CLASSICSTAR MARE LEASE ) |  |
| LITIGATION ) | Master File: |
| ) | Civil Action No. 5:07-cv-353-JMH |
| ) |  |
| ) |  |

**ORDER**

\*\*\* \*\*\* \*\*\*

This matter is before the Court upon its own motion to clarify its Practice and Procedure Order and on the Motion of Defendant Gastar Exploration, Ltd. (hereinafter, "Gastar"), to Expedite Review [Lexington Civil Action No. 07-cv-353-JMH, Record No. 16] of its motion to dismiss filed in the transferor court in the matter known before this Court as *Plummer v. GeoStar Corp., et al.,* Lexington Civil Action No. 5:07-352-JMH.

As an initial matter, the Court notes that Gastar has failed to follow the First Amended Practice and Procedure Order (although it is noted in Gastar's memorandum in support of its motion) in the following ways (listed here for the benefit of Gastar and all other parties so that the same errors will not be repeated in the future):

(a)  Gastar's states in the heading of its motion that the motion relates to "ALL CASES," although it clearly relates only to *Plummer v. GeoStar Corp., et al.,* Lexington Civil Action No. 5:07-

352-JMH (*see* First Amended Practice and Procedure Order at ¶6)[1];

(b)  Gastar properly filed the motion in the Master File but failed to file it in the individual matter to which the motion relates, *Plummer v. GeoStar Corp., et al.,* Lexington Civil Action No. 5:07-352-JMH (*see* First Amended Practice and Procedure Order at ¶6); and

(c)  Gastar requested expedited review of its motion but has, to date, failed to refile the same in the proper actions now pending before this Court (*see* First Amended Practice and Procedure Order at ¶9).[2]

---

[1]
A proper caption for use in the instance suggested by Gastar's motion would be:

| | | |
|---|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION | ) | |
| | ) | MDL No. 1877 |
| and | ) | |
| | ) | Master File: |
| SPENCER D. PLUMMER, III, | ) | Civil Action No. 5:07-cv-353-JMH |
| Plaintiff, | ) | |
| | ) | and |
| v. | ) | |
| | ) | Civil Action No. 5:07-352-JMH |
| GEOSTAR CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Properly captioning documents will assist the Court Clerk in assuring that all pleadings are docketed properly in these matters, as well as assuring that all are properly and timely submitted to the Court for review.

[2]
The Court notes that Gastar is not the only party which has not refiled those motions pending before the transferor courts.  In

The Court will use this opportunity to clarify the portion of its Practice and Procedure Order which requires refiling of pending motions.  If parties wish to place pending motions before this Court, they should refile their motions, memoranda in support, and other supporting documents, in keeping with ¶9 and any other relevant portions of the Practice and Procedure Order, as well as the Local Rules.

Refiling places the onus on any party opposing the motion to refile their pleadings in opposition, assuming that said pleadings have already been filed before the transferor courts. This should be accomplished in a reasonable amount of time and certainly no later than the proper response time set forth in the Local Rules. If a response had not previously been filed and the time for doing so had not yet run in the transferor court, a response will be due in the time set forth in the Local Rules.

Assuming a reply had been previously filed before the transferor court, the movant will then have the opportunity to

---

a motion related to *Premiere Thoroughbreds, LLC v. ClassicStar, LLC,* Lexington Civil Action No. 07-348-JMH, Plaintiffs Premiere Thoroughbreds, LLC (hereinafter, "Premiere"), and Greg and Stephanie Minor have filed a Response in Opposition to the Motion to Dismiss of Defendants Dwayne Schiellack and Shiellack and Associates [Lexington Civil Action No. 07-348-JMH, Record No. 7]. The Motion to Dismiss to which they are responding has yet to be refiled by the Schiellack Defendants.   From the docket text accompanying the filing on CM/ECF, the court notes the difficulty that the situation posed for Plaintiffs Premiere and Minor in terms of electronically filing and properly docketing their response. This is, in part, what the Court wishes to avoid.

3

refile any reply offered in further support of their motion, again within a reasonable amount of time and certainly no later than the proper time for reply set forth in the Local Rules. If a reply had not previously been filed and the time for doing so had not yet run in the transferor court, a reply will be due in the time set forth in the Local Rules.

The parties are reminded that the Practice and Procedure Order has been set in place to advise the parties on how to proceed and place matters before this Court in an orderly manner. Certainly, the parties may streamline any of these processes by communicating with one another and refiling their respective pleadings in a more expeditious manner. Should the parties need further clarification of this or any other matters set forth in the Practice and Procedure Order or relief therefrom, they may seek such clarification or relief upon motion to the Court.

No doubt, as Gastar states, the undersigned "exercises not only the judicial powers in the transferee district but also the powers of a district judge in any district." In this instance, the Court is exercising its power to control its own docket, part of "the power of a district judge in any district." The Court will, of course, rule on motions properly brought before it and has placed in the hands of the litigants the method by which they may bring their motions before this Court.

4

It is not necessary to expedite the review of a motion that Gastar has failed to refile with this Court in keeping with the Practice and Procedure Order. Once refiled, the Court will rule on the motion in due course. Accordingly,

**IT IS ORDERED** that the Motion of Defendant Gastar Exploration, Ltd. (hereinafter, "Gastar"), to Expedite Review [Lexington Civil Action No. 07-353, Record No. 16] of its motion to dismiss in *Plummer v. GeoStar Corp., et al.,* Lexington Civil Action No. 5:07-352-JMH, shall be and the same is **DENIED**.

This the 16th day of November, 2007.



Signed By:

*__Joseph M. Hood__*

Senior U.S. District Judge